192 So.2d 448

Gwendolyn WILLIAMS

v.

STATE.

3 Div. 171–G.

Supreme Court of Alabama.

Oct. 27, 1966.

Rehearing Denied Dec. 8, 1966.

Gray & Seay, Montgomery, Jack Greenberg and Chas. H. Jones, Jr., New York City, for appellant.

Richmond M. Flowers, Atty. Gen., and W. Mark Anderson, III, Asst. Atty. Gen., for the State.

PER CURIAM.

Affirmed, authority of Smith v. State, 280 Ala. 241, 192 So.2d 443. (3 Div. 171).

LIVINGSTON, C. J., and LAWSON, GOODWYN and COLEMAN, JJ., concur.

192 So.2d 448

Dorothy Jean WRIGHT

v.

STATE.

3 Div. 171–H.

Supreme Court of Alabama.

Oct. 27, 1966.

Rehearing Denied Dec. 8, 1966.

Gray & Seay, Montgomery, Jack Greenberg and Chas. H. Jones, Jr., New York City, for appellant.

Richmond M. Flowers, Atty. Gen., and W. Mark Anderson, III, Asst. Atty. Gen., for the State.

PER CURIAM.

Affirmed, authority of Smith v. State, 280 Ala. 241, 192 So.2d 443. (3 Div. 171).

LIVINGSTON, C. J., and LAWSON, GOODWYN and COLEMAN, JJ., concur.